No. 3,854.—J. L. SANBORN, APPELLANT, *v.* A. C. ALCORN ET AL., RESPONDENTS.

*Appeal from District Court, Yellowstone County; Geo. W. Pierson, Judge.*

Decided January 5, 1918.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is hereby dismissed.

*Mr. C. B. Nolan* and *Mr. Robt. C. Stong,* for Appellant.

*Mr. J. L. Davis* and *Mr. J. B. Poindexter,* for Respondent.

---

No. 4,121.—CENTRAL MONTANA INV. CO., RESPONDENT, *v.* WALTER J. SNODDY, APPELLANT.

*Appeal from District Court, Yellowstone County; Geo. W. Pierson, Judge.*

Decided January 5, 1918.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is hereby granted, and said appeal is dismissed without prejudice, subject to reinstatement for good cause shown.

*Mr. Wm. V. Beers,* for Appellant.

*Mr. M. L. Parcells,* for Respondent.